UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALARCON TORRES OSBEL
(A-Number: 240-336-394),

         Petitioner,

   v.

WARDEN, California City Detention
Center,

         Respondent.

No.  1:26-cv-03598-KES-HBK (HC)

ORDER GRANTING PETITION FOR WRIT
OF HABEAS CORPUS AND REQUIRING
BOND HEARING WITHIN TEN DAYS

Doc. 1

Petitioner Alarcon Torres Osbel is an immigration detainee proceeding with a petition for writ of habeas corpus.  Docs. 1.  On May 14, 2026, before the Court had set a briefing schedule on the petition, respondent filed a response to the petition.  Doc. 5.  Respondent states that he "acknowledge[s] the cases to the contrary in this District," but argues that petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b) and that petitioner's due process rights are limited to those provided by statute.  *Id.* at 1–4.

The Court has previously considered the legal issues raised in the response and rejected respondent's arguments.  *See, e.g.*, *Luis Alberto R.C. v. Murray*, 817 F. Supp. 3d 917 (E.D. Cal. 2025); *Elmer Joel M. C. v. Wofford*, No. 1:25-CV-01622-KES-CDB (HC), 2025 WL 3501200 (E.D. Cal. Dec. 6, 2025); *W.V.S.M. v. Wofford*, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521 (E.D. Cal. Nov. 19, 2025); *Bilal A. v. Wofford*, No. 1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal. Dec. 16, 2025); *Marina V.N. v. Robbins*, No. 1:25-CV-01845-KES-SKO (HC), 2025 WL 3701960 (E.D. Cal. Dec. 21, 2025).  The response does not raise any new legal arguments or note any factual distinction between this case and the Court's prior cases.

1

As respondent has not made any new legal arguments and has not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions in *Luis Alberto R.C. v. Murray*, 817 F. Supp. 3d 917 (E.D. Cal. 2025), *Elmer Joel M. C. v. Wofford*, No. 1:25-CV-01622-KES-CDB (HC), 2025 WL 3501200 (E.D. Cal. Dec. 6, 2025), *Bilal A. v. Wofford*, No. 1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal. Dec. 16, 2025), *W.V.S.M. v. Wofford*, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521 (E.D. Cal. Nov. 19, 2025), and *Marina V.N. v. Robbins*, No. 1:25-CV-01845-KES-SKO (HC), 2025 WL 3701960 (E.D. Cal. Dec. 21, 2025), the petition for writ of habeas corpus is GRANTED, for the reasons addressed in those prior orders.

Respondent is ORDERED to provide petitioner Alarcon Torres Osbel (A-Number: 240-336-394) with a bond hearing before a neutral decisionmaker within ten (10) days of the date of this Order. Respondent shall immediately provide petitioner with a copy of this Order and shall provide him with 48 hours' written notice before the bond hearing. At that bond hearing, it is respondent's burden to demonstrate that petitioner is a flight risk or danger to the community by clear and convincing evidence. If respondent does not provide petitioner with a bond hearing within ten days, then respondent must release him.

The Clerk of Court is directed to close this case and enter judgment for petitioner. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated:   May 17, 2026

_____
UNITED STATES DISTRICT JUDGE